**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7485**

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

    v.

PEDRO F. HILL, a/k/a Pedro Falcon Hill,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:07-cr-00028-REP-1)

Submitted: January 16, 2013      Decided: March 6, 2013

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pedro F. Hill, Appellant Pro Se. Matthew Childs Ackley, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pedro Falcon Hill appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual (2011). We have reviewed the record and conclude the district court did not abuse its discretion in denying the motion. See United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010) (standard of review). Accordingly, we affirm for the reasons stated by the district court. See United States v. Hill, No. 3:07-cr-00028-REP-1 (E.D. Va. Aug. 22, 2012). Furthermore, we deny Hill's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED